IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR-19-4-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | Order |
| JADA MARIE JOHNSON, and DOMINIQUE AURTHERALLE HAMILTON, | |
| Defendants. | |

Defendant, Jada Marie Johnson, filed a motion in limine requesting authorization to call the prosecutor in this case as a witness at the hearing on her motion to dismiss. As stated at the commencement of the hearing, the Court carefully considered the motion and determined that it should be denied. Accordingly,

IT IS HEREBY ORDERED that Defendant Johnson's motion in limine (Doc. 32) is DENIED.

Dated this 18th day of June, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE